UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS, INC., a Delaware corporation; CAPITAL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br> Plaintiffs <br><br> v. <br><br> JOHN DOE, <br><br> Defendant | CIVIL ACTION NO. 04-30224-MAP |

## JOINDER TO MOTION TO QUASH SUBPOENA

Mount Holyoke College ("The College"), hereby joins the Motion to Quash Subpoena filed by John Doe in this matter. As grounds therefore, the College states that it concurs substantially with the reasons as set forth in John Doe's Memorandum in Support of Motion to Quash Subpoena.

MOUNT HOLYOKE COLLEGE,
By Its Attorneys,

     /s/ Kimberly A. Stone
Vincent F. O'Rourke (BBO# 380335)
Kimberly A. Stone (BBO# 630952)
Bowditch & Dewey, LLP
311 Main Street
P. O. Box 15156
Worcester, MA 01608-0156
Tel: (508) 791-3511
Fax: (508) 929-3033

Dated: February 4, 2005

{J:\CLIENTS\lit\133063\0103\00506269.DOC;1}

{J:\CLIENTS\lit\133063\0103\00506269.DOC;1}

## CERTIFICATE OF SERVICE

I, Kimberly A. Stone, hereby certify that I have served a copy of the foregoing, via first class mail, postage prepaid, this 4rd day of February, 2005 to the following:

>Colin J. Zick, Esquire
>Foley Hoag LLP
>155 Seaport Boulevard
>Boston, MA  02210-2600

>_____/s/ Kimberly A. Stone_____
>Kimberly A. Stone, Esquire