UNITED STATES DISTRICT COURT

DISTICT OF MASSACHUSETTS

WESTERN DIVISION

FILED

U.S. DISTRICT COURT
DISTRICT OF MA

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., | ) | CIVIL ACTION No.: 04-300224-MAP |
| Plaintiffs, | ) | |
| v. | ) | |
| John Doe, | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

I appear for the defendant, John Doe, in the above matter.

Respectfully submitted,

Dated: February 4, 2005      By: _____
William C. Newman
Lesser Newman Souweine & Nasser
39 Main Street, Suite 1
Northampton, MA 01060
(413) 584-7331

Attorney for Defendant

Certificate of Service

I hereby certify that on this 4th day of February, 2005, I served a copy of this Notice of Appearance on Colin J. Zick, attorney for the plaintiffs, by first-class mail to Foley Hoag LLP, Seaport World Trade Center, 155 Seaport Blvd., Boston, Massachusetts 02210-2600 and Vincent O'Rourke, Jr., Attorney for Mount Holyoke College, by first-class mail to Bowditch & Dewey, LLP, 311 Main Street, P.O. Box 15156, Worcester, MA 01615-0156.

_____
William C. Newman