UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT; a Delaware General Partnership, UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC.; a Delaware corporation; CAPITOL RECORDS, INC., a Delaware Corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br>　　　　　　　　Plaintiffs, <br><br>v. <br><br>JOHN DOE, <br><br>　　　　　　　　Defendant. | CIVIL ACTION No. 04-CV-30224 MAP |

**ASSENTED-TO MOTION TO EXTEND THE TIME FOR**
**PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO QUASH**

　　　　Plaintiffs hereby submit this assented-to motion to extend the time for them to file a response to the Defendant's Motion to Quash in this matter. The requested extension is for eleven (11) days, from February 18, 2005, to March 1, 2005. As reason therefor, Plaintiffs state that they are engaged in settlement discussions and the provision of this addition time would permit them to explore whether this case can be resolved without further action by the Court. In addition, Defendant's counsel has given his assent to this motion, as noted below.

　　　　　　　　　　　　　　　　　　　　SONY BMG MUSIC ENTERTAINMENT; UMG
　　　　　　　　　　　　　　　　　　　　RECORDINGS, INC.; WARNER BROS.
　　　　　　　　　　　　　　　　　　　　RECORDS INC.; CAPITOL RECORDS, INC.; and
　　　　　　　　　　　　　　　　　　　　ARISTA RECORDS LLC
　　　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　　/s/ Colin J. Zick_____
　　　　　　　　　　　　　　　　　　　　Colin J. Zick (BBO No. 556538)
　　　　　　　　　　　　　　　　　　　　Gabriel M. Helmer (BBO No. 652640)
　　　　　　　　　　　　　　　　　　　　FOLEY HOAG LLP
　　　　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210-2600
　　　　　　　　　　　　　　　　　　　　Phone: (617) 832-1000
Dated: February 17, 2005　　　　　　　　Fax:　 (617) 832-7000

ASSENTED TO:

/s/  William C. Newman (CJZ)
William C. Newman, Esq.
Lesser, Newman, Souweine & Nasser, LLP
39 Main Street, Suite 1
Northampton, MA  01060-3132

COUNSEL FOR THE DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2005, I caused a true copy of the above document to be served upon defendant's counsel and counsel for Mt. Holyoke College by mail.

/s/ Colin J. Zick
Colin J. Zick

FHBOSTON/2458271.1