## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SONY BMG ENTERTAINMENT, ET AL,
       Plaintiff

                          CIVIL ACTION NO. 04-30224-MAP
  V.

JOHN DOE,
       Defendant

### SETTLEMENT ORDER OF DISMISSAL

PONSOR, D..J:

The Court having been advised on MARCH 7, 2005 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty (30) days if settlement is not consummated.

                                               By the Court,

MARCH 9, 2005                          /s/ Mary Finn
   Date                                            Deputy Clerk