UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT; a Delaware General Partnership, UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC.; a Delaware corporation; CAPITOL RECORDS, INC., a Delaware Corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>                Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>                Defendant. | CIVIL ACTION No. 04-CV-30224 MAP |

## ASSENTED-TO MOTION TO MODIFY SETTLEMENT ORDER OF DISMISSAL

The Plaintiffs hereby submit this assented-to motion to modify the Court's March 9, 2005 Settlement Order of Dismissal. Without this modification, the Settlement Order of Dismissal would dismiss this matter on April 8, 2005. However, the parties have not yet finished documenting the settlement in principle that was reached and reported to this Court on March 7, 2005. Accordingly, the Plaintiffs respectfully request that the Settlement Order of Dismissal be modified and the dismissal date be extended thirty-one (31) days, to May 9, 2005.

                SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; and ARISTA RECORDS LLC
                By their attorneys,

                /s/ Colin J. Zick_____
                Colin J. Zick (BBO No. 556538)
                Gabriel M. Helmer (BBO No. 652640)
                FOLEY HOAG LLP
                155 Seaport Boulevard
                Boston, MA 02210-2600
                Phone: (617) 832-1000
                Fax:    (617) 832-7000

ASSENTED TO:

JOHN DOE
By his attorney,


/s/  William C. Newman _____
William C. Newman, Esq.
Lesser, Newman, Souweine & Nasser, LLP
39 Main Street, Suite 1
Northampton, MA  01060-3132

COUNSEL FOR THE DEFENDANT


**CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of April, 2005, I caused a true copy of the above document to be served upon defendant's counsel and counsel for Mt. Holyoke College by mail.

                                         /s/ Colin J. Zick_____
                                         Colin J. Zick


B3017521.1