UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT; a Delaware General Partnership, UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC.; a Delaware corporation; CAPITOL RECORDS, INC., a Delaware Corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>                Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>                Defendant. | CIVIL ACTION No. 04-CV-30224 MAP |

**ASSENTED-TO MOTION TO MODIFY SETTLEMENT ORDER OF DISMISSAL**

      The Plaintiffs hereby submit this assented-to motion to modify the Court's March 9, 2005 Settlement Order of Dismissal. Without this modification, the Settlement Order of Dismissal would dismiss this matter on May 9, 2005. However, the parties have not yet finished documenting the settlement in principle that was reached and reported to this Court on March 7, 2005. Accordingly, the Plaintiffs respectfully request that the Settlement Order of Dismissal be modified and the dismissal date be extended ten (10) days, to May 19, 2005.

                                                SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; and ARISTA RECORDS LLC
                                                By their attorneys,

                                                /s/ Colin J. Zick
                                                Colin J. Zick (BBO No. 556538)
                                                Gabriel M. Helmer (BBO No. 652640)
                                                FOLEY HOAG LLP
                                                155 Seaport Boulevard
                                                Boston, MA 02210-2600
                                                Phone: (617) 832-1000
                                                Fax:   (617) 832-7000

ASSENTED TO:

JOHN DOE
By his attorney,


/s/  William C. Newman
William C. Newman, Esq.
Lesser, Newman, Souweine & Nasser, LLP
39 Main Street, Suite 1
Northampton, MA  01060-3132

COUNSEL FOR THE DEFENDANT

B3031942.1

- 2 -