UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT; a Delaware General Partnership, UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC.; a Delaware corporation; CAPITOL RECORDS, INC., a Delaware Corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>            Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>            Defendant. | CIVIL ACTION No. 04-CV-30224 MAP |

**ASSENTED-TO MOTION TO MODIFY SETTLEMENT ORDER OF DISMISSAL**

The Plaintiffs hereby submit this assented-to motion to modify the Court's March 9, 2005 Settlement Order of Dismissal. Without this modification, the Settlement Order of Dismissal would dismiss this matter on May 19, 2005. However, while the parties have now finished documenting the settlement that was reached and reported to this Court on March 7, 2005, the necessary signatures have not yet been obtained on those settlement documents. Accordingly, the Plaintiffs respectfully request that the Settlement Order of Dismissal be modified and the dismissal date be extended to June 6, 2005. It is not anticipated that another extension will be necessary.

SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; and ARISTA RECORDS LLC

By their attorneys,

/s/ Colin J. Zick
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

ASSENTED TO:

JOHN DOE
By his attorney,


/s/ William C. Newman
William C. Newman, Esq.
Lesser, Newman, Souweine & Nasser, LLP
39 Main Street, Suite 1
Northampton, MA  01060-3132

COUNSEL FOR THE DEFENDANT

B3031942.2

- 2 -