UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br>               Plaintiffs, <br><br> v. <br><br> JOHN DOE, <br><br>               Defendants. | CIVIL ACTION 04-30224 MAP |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal with prejudice of the above-captioned matter.

B3050247.1

SONY BMG MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; WARNER BROS.
RECORDS INC.; CAPITOL RECORDS, INC.; and
ARISTA RECORDS LLC,
By their attorneys,


/s/ Jocelyn L. Heyman_____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
Jocelyn L. Heyman (BBO No. 660240)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Dated: June 17, 2005          **ATTORNEYS FOR PLAINTIFFS**

Of Counsel:
Stacey E. Deere
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax:    (816) 421-5547